**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: KATRINA WOODS<br><br>Debtor(s) | Case No. 17-33365 |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/07/2017.

2) The plan was confirmed on 01/29/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/17/2018.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $4,880.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$4,880.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,915.69 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $234.20 | |
| Other | $21.76 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,171.65** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARON SALES & LEASE OWNERSHIF | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA CASH ADVANC | Unsecured | 830.00 | 1,155.95 | 1,155.95 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 942.00 | 942.62 | 942.62 | 0.00 | 0.00 |
| CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CEP AMERICA ILLINOIS PC | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Auto | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BERWYN | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,010.00 | 7,469.72 | 7,469.72 | 0.00 | 0.00 |
| DISCOVER FIN SVCS LLC | Unsecured | 4,693.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FIN SVCS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ELAN FINANCIAL SERV | Unsecured | 6,817.00 | NA | NA | 0.00 | 0.00 |
| FOREST PARK LOAN COMPANY | Unsecured | 309.00 | 309.06 | 309.06 | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 46.90 | 46.90 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 232.00 | 172.76 | 172.76 | 0.00 | 0.00 |
| IL LABORATORY MEDICINE ASSOC | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| KAY JEWELERS | Secured | 300.00 | NA | 5,099.00 | 0.00 | 0.00 |
| KAY JEWELERS | Unsecured | 4,799.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA MEDICINE | Unsecured | 2,165.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MED CTR | Unsecured | 3,634.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL MEMORIAL HOSPITAL | Unsecured | 943.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,719.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MOMA FUNDING LLC | Unsecured | 652.00 | 652.48 | 652.48 | 0.00 | 0.00 |
| MONEYGRAM | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MORAINE VALLEY COMM COLLEGE | Unsecured | 2,778.00 | 2,721.86 | 2,721.86 | 0.00 | 0.00 |
| Municipal Collection Service Inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 6,550.00 | NA | 6,050.35 | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 3,425.00 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Secured | 19,750.00 | 26,300.35 | 20,250.00 | 1,507.48 | 388.61 |
| NUMARK CREDIT UNION | Secured | 3,175.00 | 6,134.60 | 6,134.60 | 257.24 | 284.90 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| POINTE AT WESTERN | Unsecured | 1,465.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,391.00 | 1,375.15 | 1,375.15 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 651.00 | 651.23 | 651.23 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,874.00 | 1,758.41 | 1,758.41 | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Secured | NA | 560.97 | 560.97 | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Unsecured | NA | NA | 560.97 | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Secured | 400.00 | 1,076.17 | 1,076.17 | 81.72 | 8.32 |
| PROGRESSIVE LEASING | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| RADADVANTAGE ILLINOIS PC | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER CORP | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER CORP | Secured | 600.00 | NA | 2,800.00 | 67.68 | 22.36 |
| RUSH OAK PARK HOSPITAL | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| SADINO FUNDING LLC | Unsecured | 1,287.00 | 1,272.47 | 1,272.47 | 0.00 | 0.00 |
| SEARS CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SN KALAMAZOO | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JC PENNEY DC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/OLDNAV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | NA | 6,136.33 | 6,136.33 | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USA ONE CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 4,551.00 | 4,464.77 | 4,464.77 | 0.00 | 0.00 |
| VILLAGE OF NORTH RIVERSIDE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK PARK | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK PARK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WHY NOT LEASE IT | Secured | 200.00 | 800.00 | 400.00 | 87.23 | 2.81 |
| WHY NOT LEASE IT | Unsecured | 200.00 | 388.60 | 788.60 | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $26,384.60 | $1,764.72 | $673.51 |
| All Other Secured | $9,936.14 | $236.63 | $33.49 |
| **TOTAL SECURED:** | **$36,320.74** | **$2,001.35** | **$707.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $172.76 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$172.76** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$36,356.87** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $2,171.65 | |
| Disbursements to Creditors | $2,708.35 | |
| **TOTAL DISBURSEMENTS** : | | **$4,880.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/20/2018

By: /s/ Tom Vaughn
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.